| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | PATRICK BENNETT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00026-LJO-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE; ORDER** |
| vs. | Date: May 20, 2019 |
| PATRICK BENNETT, | Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Thomas Newman, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Patrick Bennett, that the status conference hearing currently scheduled for May 6, 2019, at 1:00 p.m. be continued to May 20, 2019, at 1:00 p.m.

On February 11, 2019, a detention hearing was held in this matter and Mr. Bennett was ordered released to WestCare to attend its 90-day substance abuse program, subject to bed space availability. *See* Dkt. #6, 12, 13-14. On February 14, 2019, the government filed the Indictment in this case. *See* Dkt. #9. The Court held an arraignment on the Indictment on February 19, 2019. *See* Dkt. #11. At the arraignment, a further status conference was set in this matter for May 6, 2019, at 1:00 p.m. *See id.* At the time, the May 6, 2019 date was selected because it was believed to be the

date nearest to when Mr. Bennett was expected to complete the 90-day program at WestCare. However, since Mr. Bennett did not enter WestCare until February 26, 2019, the parties are requesting that the May 6, 2019 status conference be continued until May 20, 2019, closer to when Mr. Bennett is expected to complete the 90-day program at WestCare.

The parties request this continuance with the intention of conserving time and resources for both the parties and the Court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                          Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

Date: April 30, 2019                    */s/ Thomas Newman*
                                          THOMAS NEWMAN
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: April 30, 2019                    */s/ Reed Grantham*
                                          REED GRANTHAM
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          PATRICK BENNETT

**O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference hearing set for Monday, May 6, 2019, at 1:00 p.m. be continued to Monday, May 20, 2019, at 1:00 p.m.

IT IS SO ORDERED.

Dated: __**April 30, 2019**__     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

Bennett – Stipulation
and Proposed Order

3