1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   PATRICK BENNETT
7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:19-cr-00026-LJO-SKO

12              Plaintiff,             **ORDER MODIFYING CONDITIONS OF RELEASE**

13  vs.

14  PATRICK BENNETT,                   Judge: Hon. Barbara A. McAuliffe

15              Defendant.

16

17

18         On February 11, 2019, a detention hearing was held in this matter. At the hearing, Mr.

19  Bennett was ordered released to a residential inpatient substance abuse treatment facility,

20  WestCare California, Inc. ("WestCare"), to attend and complete a 90-day substance abuse

21  treatment program. Condition 7(f) of Mr. Bennett's release specified that Mr. Bennett

22  "participate in the substance abuse treatment program at [WestCare], and comply with all the

23  rules and regulations of the program." Dkt. #14 at 2. On February 26, 2019, Mr. Bennett was

24  transported to WestCare from the Fresno County Jail by Kevin Mitchel, a representative from the

25  Federal Defender's Office. Mr. Bennett has resided at WestCare since February 26, 2019. Mr.

26  Bennett will complete and graduate from WestCare's 90-day substance abuse program on May

27  28, 2019.

28         On May 20, 2019, a hearing was held before this Court. At the hearing, counsel for Mr.

Bennett indicated that Mr. Bennett had been accepted into Teen Challenge International's Reedley-based inpatient substance abuse treatment program. Counsel further requested that upon completion of the 90-day substance abuse program at WestCare Mr. Bennett be permitted to be transported to and to participate in Teen Challenge International's Reedley-based inpatient substance abuse treatment program. Pretrial Services supported this request and the government had no objection.

Accordingly, this Court hereby supplements Mr. Bennett's conditions of release by adding the following conditions:

> Upon completion of the substance abuse treatment program at WestCare, you shall be released to Kevin Mitchel, a representative from the Federal Defender's Office, for transportation to Teen Challenge International in Reedley, California, inpatient facility.

> Once at the substance abuse treatment program at Teen Challenge International in Reedley, California, inpatient facility, you must comply with the rules and regulations of the program and remain at the inpatient facility until released by the Pretrial Services Officer or further order of the court.

> A responsible party approved by Pretrial Services shall escort you to all required court hearings and escort you back to the program upon completion of the hearing.

> Upon successful completion of inpatient treatment at Teen Challenge International in Reedley, California, you must reside at an address approved by Pretrial Services and you must not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer.

All other conditions of release previously ordered, not in conflict with this order, shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **May 21, 2019**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE