1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   PATRICK BENNETT

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            Case No. 1:19-cr-00026-LJO-SKO

12                  Plaintiff,            **STIPULATION TO CONTINUE; ORDER**

13   vs.                                  Date:  August 12, 2019
                                          Time:  8:30 a.m.
14   PATRICK BENNETT,                     Judge: Hon. Lawrence J. O'Neill

15                  Defendant.

16

17

18          IT IS HEREBY STIPULATED, by and between the parties, through their respective

19   counsel, Assistant United States Attorney Thomas Newman, counsel for plaintiff, and Assistant

20   Federal Defender Reed Grantham, counsel for defendant Patrick Bennett, that the change of plea

21   hearing currently scheduled for July 15, 2019, at 8:30 a.m. be continued to August 12, 2019, at

22   8:30 a.m.

23          The parties have reached a resolution in this matter. However, the parties continue to

24   engage in additional discussions relevant for plea and sentencing purposes. Mr. Bennett is

25   currently residing at and participating in Teen Challenge International's Reedley-based inpatient

26   treatment program. Additional time is needed so that the parties can engage in additional

27   discussions prior to the change of plea hearing, and accordingly request that the change of plea

28   hearing be continued until August 12, 2019, at 8:30 a.m.

1   The parties request this continuance with the intention of conserving time and resources

2   for both the parties and the Court. The parties agree that the delay resulting from the continuance

3   shall be excluded in the interests of justice, including but not limited to, the need for the period of

4   time set forth herein for effective defense preparation, defense investigation, and plea negotiation

5   purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

6

7                                                Respectfully submitted,

8                                                McGREGOR W. SCOTT
                                                 United States Attorney
9

10  Date: July 11, 2019                          /s/ Thomas Newman
                                                 THOMAS NEWMAN
11                                               Assistant United States Attorney
                                                 Attorney for Plaintiff
12

13                                               HEATHER E. WILLIAMS
                                                 Federal Defender
14

15  Date: July 11, 2019                          /s/ Reed Grantham
                                                 REED GRANTHAM
16                                               Assistant Federal Defender
                                                 Attorney for Defendant
17                                               PATRICK BENNETT

18

19

20

21                              **O R D E R**

22      GOOD CAUSE APPEARING, the hearing set for Monday, July 15, 2019 at 8:30 a.m. is

23  continued to Monday, August 12, 2019, at 8:30 a.m.

24  IT IS SO ORDERED.

25      Dated:   **July 12, 2019**                      **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES CHIEF DISTRICT JUDGE
26

27

28