| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
PATRICK BENNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00026-LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE; ORDER** |
| vs. | Date: September 30, 2019 |
| | Time: 8:30 a.m. |
| PATRICK BENNETT, | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Thomas Newman, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Patrick Bennett, that the change of plea hearing currently scheduled for August 12, 2019, at 8:30 a.m. be continued to September 30, 2019, at 8:30 a.m.

　　　The parties have reached a resolution in this matter. However, the parties need additional time to engage in discussions that are relevant for plea and sentencing purposes. The parties attempted to meet and confer prior to the currently set hearing, however, due to scheduling difficulties, the parties have been unable to do so. Mr. Bennett is currently residing at and actively participating in Teen Challenge International's Reedley-based inpatient substance abuse treatment program. The parties request that the August 12, 2019 hearing be continued so that the

parties can undertake these discussions prior to the change of plea hearing.

The parties request this continuance with the intention of conserving time and resources for both the parties and the Court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: August 6, 2019  */s/ Thomas Newman*
THOMAS NEWMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 6, 2019  */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
PATRICK BENNETT

## **O R D E R**

GOOD CAUSE APPEARING, the hearing set for Monday, August 12, 2019 at 8:30 a.m. is continued to Monday, September 30, 2019, at 8:30 a.m.

IT IS SO ORDERED.

Dated: **August 6, 2019**       /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE