1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   PATRICK BENNETT

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:19-cr-00026-LJO-SKO

12              Plaintiff,               **STIPULATION TO CONTINUE; ORDER**

13  vs.                                  Date:   December 16, 2019
                                         Time:  8:30 a.m.
14  PATRICK BENNETT,                     Judge: Hon. Lawrence J. O'Neill

15              Defendant.

16

17

18          IT IS HEREBY STIPULATED, by and between the parties, through their respective

19  counsel, Assistant United States Attorney Thomas Newman, counsel for plaintiff, and Assistant

20  Federal Defender Reed Grantham, counsel for defendant Patrick Bennett, that the change of plea

21  hearing currently scheduled for September 30, 2019, at 8:30 a.m. be continued to December 16,

22  2019, at 8:30 a.m.

23          The parties have reached a resolution in this matter. The parties had previously continued

24  this matter prior to Mr. Bennett's change of plea in order to meet and confer and to engage in

25  discussions relevant for plea and sentencing purposes. On September 25, 2019, the parties were

26  able to meet and discuss this matter. It is anticipated that additional time is needed to further the

27  discussions undertaken on September 25, 2019.

28          Mr. Bennett is currently residing at and actively participating in Teen Challenge

International's Reedley-based inpatient substance abuse treatment program. Mr. Bennett entered Teen Challenge's Reedley program on May 28, 2019, and has excelled in the program. *See* Exhibit A – Status Letter from Teen Challenge. Prior to entering Teen Challenge, Mr. Bennett resided at and completed WestCare's 90-day short-term inpatient treatment program.

The parties request that the September 30, 2019 hearing be continued so that the parties can undertake further discussions relevant for plea and sentencing prior to the entry of the change of plea. The parties request this continuance with the intention of conserving time and resources for both the parties and the Court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).


Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney


Date: September 27, 2019        */s/ Thomas Newman*
                               THOMAS NEWMAN
                               Assistant United States Attorney
                               Attorney for Plaintiff


                               HEATHER E. WILLIAMS
                               Federal Defender


Date: September 27, 2019        */s/ Reed Grantham*
                               REED GRANTHAM
                               Assistant Federal Defender
                               Attorney for Defendant
                               PATRICK BENNETT

**O R D E R**

GOOD CAUSE APPEARING, the hearing set for Monday, September 30, 2019 at 8:30 a.m. is continued to Monday, December 16, 2019, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **September 27, 2019**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE