| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
PATRICK BENNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00026-LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE; ORDER** |
| vs. | Date: May 26, 2020 |
| PATRICK BENNETT, | Time: 8:30 a.m. |
| | Judge: Hon. Dale A. Drozd |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Thomas Newman, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Patrick Bennett, that the change of plea hearing currently scheduled for December 16, 2019, at 8:30 a.m. be continued to May 26, 2020, at 8:30 a.m.

The parties have reached a resolution in the matter. Mr. Bennett is currently residing at and actively participating in Teen Challenge International's Reedley-based inpatient treatment program. Mr. Bennett entered Teen Challenge's Reedley program on May 28, 2019, and has excelled in the program. *See* Exhibit A – Status Letter from Teen Challenge. Prior to entering Teen Challenge, Mr. Bennett resided at and completed WestCare's 90-day short-term inpatient treatment program. The parties request that the change of plea hearing be continued until May

26, 2020, at which time the parties anticipate proceeding with the change of plea hearing and with referring the matter to probation for preparation for the presentence report.

The parties request this continuance with the intention of conserving time and resources for both the parties and the Court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: December 9, 2019         */s/ Thomas Newman*
                               THOMAS NEWMAN
                               Assistant United States Attorney
                               Attorney for Plaintiff


                               HEATHER E. WILLIAMS
                               Federal Defender

Date: December 9, 2019         */s/ Reed Grantham*
                               REED GRANTHAM
                               Assistant Federal Defender
                               Attorney for Defendant
                               PATRICK BENNETT

## **O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing set for Monday, December 16, 2019 at 8:30 a.m. be continued to Monday, May 26, 2020, at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **December 9, 2019**          /s/ Lawrence J. O'Neill
                                      UNITED STATES CHIEF DISTRICT JUDGE

Bennett – Stipulation
and Proposed Order

2