HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
PATRICK BENNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00026-NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE; [PROPOSED] ORDER** |
| vs. | Date:  July 24, 2020 |
| PATRICK BENNETT, | Time:  8:30 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Thomas Newman, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Patrick Bennett, that the change of plea hearing currently scheduled for May 29, 2020, at 8:30 a.m. be continued to July 24, 2020, at 8:30 a.m.

The parties have reached a resolution in the matter. Mr. Bennett is currently residing at and actively participating in Teen Challenge International's Reedley-based inpatient treatment program. Mr. Bennett entered Teen Challenge's Reedley program on May 28, 2019, and has excelled in the program. *See* Exhibit A – Status Letter from Teen Challenge. Prior to entering Teen Challenge, Mr. Bennett resided at and completed WestCare's 90-day short-term inpatient treatment program.

Additionally, in light of the public health concerns cited by this Court in its General Orders addressing the evolving COVID-19 pandemic, and for the reasons set forth therein, the parties further agree that this matter should be continued so as to minimize public health concerns relating to the COVID-19 pandemic.

Accordingly, the parties request that the change of plea hearing be continued until July 24, 2020, at which time the parties anticipate proceeding with the change of plea hearing and with referring the matter to probation for preparation for the presentence report.

The parties request this continuance with the intention of conserving time and resources for both the parties and the Court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: April 27, 2020        */s/ Thomas Newman*
                            THOMAS NEWMAN
                            Assistant United States Attorney
                            Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: April 27, 2020        */s/ Reed Grantham*
                            REED GRANTHAM
                            Assistant Federal Defender
                            Attorney for Defendant
                            PATRICK BENNETT

Bennett – Stipulation
and Proposed Order

**O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing set for Friday, May 29, 2020, at 8:30 a.m. be continued to Friday, July 24, 2020, at 8:30 a.m.

IT IS FURTHER ORDERED THAT the period of time from May 29, 2020, through July 24, 2020, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __**April 27, 2020**__                    _____
                                                                            UNITED STATES DISTRICT JUDGE