# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

United States of America
vs.
Patrick Bennett

Case No. 1:19-CR-~~00126~~-LJO-SKO  (0026)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Patrick Bennett__, have discussed with __Jessica McConville__, Pretrial Services Officer, modifications of my release conditions as follows:

You must restrict your travel to Eastern District of California and the District of South Carolina unless otherwise approved in advance by the pretrial services officer;

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| /s/ Patrick Bennett | 8/12/20 | [signature] McConville | 8/12/20 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services Officer | Date |

I have reviewed the conditions and concur that this modification is appropriate.

[signature]                                                         08/13/20
Signature of Assistant United States Attorney                       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

[signature]                                                         8/13/20
Signature of Defense Counsel                                        Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __Aug 13, 2020__.

[ ] The above modification of conditions of release is *not* ordered.

[signature] Erica P. Grosjean                                       Aug 13, 2020
Signature of Judicial Officer                                       Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services